| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

               Petitioner,

   v.

US SECRETARY OF DEFENSE, *et al.*,

               Respondents.

NO.  C13-392-MJP-JPD

REPORT AND RECOMMENDATION

**Bar-order litigant John Demos** filed this 28 U.S.C. § 2254 habeas petition in the Eastern District of Michigan, which granted him *in forma pauperis* status before it transferred this matter to the Western District of Washington.  (Dkts. 1, 4.)  An Order of this Court, however, provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the filing fee.  *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

        The Court recommends REVOKING petitioner's IFP status as improvidently granted by the transferring court.  As petitioner has submitted no filing fee, the Court recommends that, pursuant to the Court's Order of March 13, 1997, the Clerk be DIRECTED to administratively close this matter and to strike any pending motions as moot.  Moreover, Mr. Demos may not

//

//

REPORT AND RECOMMENDATION - 1

proceed with a second or successive habeas petition here unless and until the Ninth Circuit authorizes its filing. *See* 28 U.S.C. § 2244(b)(3)(A). A proposed Order is attached.

DATED this 26th day of March, 2013.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2