1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JOHN ROBERT DEMOS, JR.,

                       Petitioner,

   v.

US SECRETARY OF DEFENSE, *et al*.,

                      Respondents.

NO.  C13-392-MJP

ORDER REVOKING IFP STATUS,
DIRECTING CLERK TO CLOSE
MATTER AND TO STRIKE
PENDING MOTIONS AS MOOT

      The Court, having reviewed the Report and Recommendation of the Honorable James P.

Donohue, United States Magistrate Judge, and any objections or responses to that, and the

remaining record, finds and Orders as follows:

   1.  The Court ADOPTS the Report and Recommendation;

   2.  Petitioner's *in forma pauperis* status is REVOKED as improvidently granted;

   3.  The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as

      moot, *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997); and

   4.  The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

      DATED this 11th day of May, 2013.

                                Marsha J. Pechman
                                United States District Judge

ORDER REVOKING IFP STATUS,
DIRECTING CLERK TO CLOSE MATTER
AND TO STRIKE PENDING MOTIONS AS
MOOT - 1